UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

National Association Of Social Workers, et al.,

Plaintiffs,

v.

City of Lebanon, Ohio, et al.,

Defendants.

Case No. 1:22-cv-00258-SJD

Judge Susan Dlott

*Granted Dlott / Susan J. Dlott / June 3, 2022*

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR RULE 12(b) MOTIONS

The deadline for the defendants to file their answer or Rule 12(b) motions is June 3, 2022. The defendants respectfully request a 30-day extension, which would require the defendants to file their answer or Rule 12(b) motions by Tuesday, July 3, 2022. The plaintiffs are unopposed to this request.

The defendants are requesting this extension of time because the city of Lebanon intends to amend the ordinance in response to the plaintiffs' lawsuit, as set forth in the parties' stipulation of May 26, 2022 (ECF No. 18), and the defendants expect these amendments to obviate most if not all of the plaintiffs' claims. It would therefore serve judicial economy and conserve the parties' resources to extend the deadline for answering the complaint until after the city enacts the amended ordinance.

### CONCLUSION

The motion to extend the deadline for filing an answer or Rule 12(b) motion should be granted.