UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **National Association Of Social Workers**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **City of Lebanon, Ohio**, et al., <br><br> Defendants. | Case No. 1:22-cv-00258-SJD <br><br> Judge Susan Dlott |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR RULE 12(b) MOTIONS

The deadline for the defendants to file their answer or Rule 12(b) motions is Tuesday, July 5, 2022. The defendants respectfully request a 30-day extension, which would require the defendants to file their answer or Rule 12(b) motions by Thursday, August 4, 2022. The plaintiffs are unopposed to this request.

The defendants are requesting this extension of time because the city of Lebanon is in the process of amending its ordinance in response to the plaintiffs' lawsuit, as set forth in the parties' stipulation of May 26, 2022 (ECF No. 18), and the city has been awaiting the Supreme Court's recently announced decision in *Dobbs v. Jackson Women's Health Organization*, --- S. Ct. ----, 2022 WL 2276808 (June 24, 2022), before deciding on the content of the amendments. The defendants expect to have the amended ordinance enacted by the end of next month, and they expect the amendments to obviate most if not all of the plaintiffs' claims. It would therefore serve judicial economy and conserve the parties' resources to extend the deadline for answering the complaint until after the city enacts the amended ordinance.

## CONCLUSION

The motion to extend the deadline for filing an answer or Rule 12(b) motion should be granted.

Respectfully submitted.

| | |
|---|---|
| Joseph C. Pickens<br>Ohio Bar No. 0076239<br>*Trial Attorney*<br>Isaac Wiles<br>Two Miranova Place, Suite 700<br>Columbus, Ohio 43215-5098<br>(614) 340-7416 (phone)<br>(614) 365-9516 (fax)<br>jpickens@isaacwiles.com<br><br>Dated: June 29, 2022 | /s/ Jonathan F. Mitchell<br>Jonathan F. Mitchell*<br>Texas Bar No. 496344<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>* admitted *pro hac vice*<br><br>*Counsel for Defendants* |

## CERTIFICATE OF CONFERENCE

I have conferred with Jessie Hill, counsel for the plaintiffs, and she informed me that the plaintiffs are unopposed to this motion.

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on June 29, 2022, I served this document through CM/ECF upon:

B. Jessie Hill
Freda J. Levenson
Elena M. Thompson
Rebecca Kendis
ACLU of Ohio Foundation
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: (216) 368-0553 (Hill)
(614) 586-1972
Fax: (614) 586-1974
bjh11@case.edu
flevenson@acluohio.org
ethompson@acluohio.org
rebecca.kendis@case.edu

John Lewis
Kristen Miller
Sean Lev
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
jlewis@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

*Counsel for Plaintiffs*

                                                  /s/ Jonathan F. Mitchell
                                                 Jonathan F. Mitchell
                                                 *Counsel for Defendants*