# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF SOCIAL WORKERS, *et al.*, | )<br>)<br>) |
| *Plaintiffs,* | ) Case No. 1:22-cv-00258-SJD |
| v. | )<br>) |
| THE CITY OF LEBANON, *et al.*, | ) Judge Susan Dlott |
| *Defendants.* | )<br>) |

## NOTICE OF WITHDRAWAL OF ELENA THOMPSON

Pursuant to S.D. Ohio Civ. R. 83.4(d), Attorney Elena Thompson hereby gives notice of her withdrawal as co-counsel for Plaintiff in this matter. Ms. Thompson is ending her employment with the ACLU of Ohio on July 13, 2022.

Attorney B. Jessie Hill, Cooperating Attorney for the ACLU of Ohio, will remain Trial Counsel in this matter, and Freda Levenson, Legal Director for the ACLU of Ohio, will remain co-counsel. Counsel has notified her client, who authorized this course of action, as well as counsel for Defendants in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Elena Thompson* | */s/ B. Jessie Hill* |
| Elena Thompson (0100287) | B. Jessie Hill (0074770) |
| ACLU of Ohio Foundation | Freda J. Levenson (0045916) |
| 1108 City Park Avenue, Ste. 203 | Rebecca Kendis (0099129) |
| Columbus, OH 43206 | ACLU of Ohio Foundation |
| Phone: (614) 586-1972 | 1108 City Park Avenue, Ste. 203 |
| Fax: (614) 586-1974 | Columbus, OH 43206 |
| ethompson@acluohio.org | Phone: (216) 368-0553 (Hill) |
| | (614) 586-1972 |
| | Fax: (614) 586-1974 |
| | bjh11@case.edu |
| | flevenson@acluohio.org |
| | rebecca.kendis@case.edu |

1

John Lewis (D.C. Bar No. 1033826)*
Kristen Miller (D.C. Bar No. 229627)*
Sean Lev (D.C. Bar No. 449936)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
jlewis@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

Counsel for Plaintiffs

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2022, I filed the foregoing electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Elena Thompson</u><br>
Elena Thompson (0100287)