UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **National Association Of Social Workers**, et al., | |
| Plaintiffs, | Case No. 1:22-cv-00258-SJD |
| v. | Judge Susan Dlott |
| **City of Lebanon, Ohio**, et al., | |
| Defendants. | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR RULE 12(b) MOTIONS

The deadline for the defendants to file their answer or Rule 12(b) motions is Thursday, August 4, 2022. The defendants respectfully request a 30-day extension, which would require the defendants to file their answer or Rule 12(b) motions by Tuesday, September 6, 2022. (September 3, 2022, the 30th day after August 4, 2022, falls on a Saturday and Monday, September 5 is Labor Day.) The plaintiffs are unopposed to this request.

The defendants are requesting this extension of time because the city of Lebanon is in the process of amending its ordinance in response to the plaintiffs' lawsuit, as set forth in the parties' stipulation of May 26, 2022 (ECF No. 18). The city council is close to deciding on the substitute language but has not yet finalized the new proposal. It is expected to be introduced and approved at the next city council meeting.

The defendants expect the amendments to obviate most if not all of the plaintiffs' claims. It would therefore serve judicial economy and conserve the parties' resources to extend the deadline for answering the complaint until after the city enacts the amended ordinance.

In exchange for the plaintiffs' agreement to this 30-day extension, the defendants have agreed to extend the plaintiffs' time to review the new ordinance by an additional 7 days, and to extend the non-enforcement period described in paragraph 2 of the parties' previous stipulation by an additional 10 days. *See* Notice and Stipulation, ECF No. 18, at ¶¶ 2–3. This will give the plaintiffs 14 days (rather than 7 days) to review the ordinance before deciding whether to continue their lawsuit, as well as a non-enforcement period of 40 days (rather than 30 days). *See id.*

## CONCLUSION

The motion to extend the deadline for filing an answer or Rule 12(b) motion should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL*
Texas Bar No. 496344
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

JOSEPH C. PICKENS
Ohio Bar No. 0076239
*Trial Attorney*
Isaac Wiles
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
(614) 340-7416 (phone)
(614) 365-9516 (fax)
jpickens@isaacwiles.com

* admitted *pro hac vice*

Dated: August 3, 2022

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I have conferred with Jessie Hill, counsel for the plaintiffs, and she informed me that the plaintiffs are unopposed to this motion.

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 3, 2022, I served this document through CM/ECF upon:

B. Jessie Hill
Freda J. Levenson
Elena M. Thompson
Rebecca Kendis
ACLU of Ohio Foundation
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: (216) 368-0553 (Hill)
(614) 586-1972
Fax: (614) 586-1974
bjh11@case.edu
flevenson@acluohio.org
ethompson@acluohio.org
rebecca.kendis@case.edu

John Lewis
Kristen Miller
Sean Lev
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
jlewis@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

*Counsel for Plaintiffs*

     /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants*