UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **National Association Of Social Workers**, et al., | |
| Plaintiffs, | Case No. 1:22-cv-00258-SJD |
| v. | Judge Susan Dlott |
| **City of Lebanon, Ohio**, et al., | |
| Defendants. | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER OR RULE 12(b) MOTIONS

The deadline for the defendants to file their answer or Rule 12(b) motions is Tuesday, September 6, 2022. The defendants respectfully request a 30-day extension, which would require the defendants to file their answer or Rule 12(b) motions by Thursday, October 6, 2022. The plaintiffs are unopposed to this request.

The defendants are requesting this extension of time because the city of Lebanon will be circulating its replacement ordinance to the city council tomorrow, which will placed on the agenda for a work session on September 6, 2022. The first vote on the replacement ordinance will be held on September 13, 2022. The defendants have already shared a copy of the draft replacement ordinance with counsel for the plaintiffs.

Per our agreement with the plaintiffs, the defendants will not enforce the new ordinance for 40 days after its enactment, and the plaintiffs will have 10 days from the date of enactment to inform the Court whether they will continue proceeding with their lawsuit or their motion for preliminary injunction.

## CONCLUSION

The motion to extend the deadline for filing an answer or Rule 12(b) motion should be granted.

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | /s/ Jonathan F. Mitchell |
| Joseph C. Pickens | Jonathan F. Mitchell* |
| Ohio Bar No. 0076239 | Texas Bar No. 496344 |
| *Trial Attorney* | Mitchell Law PLLC |
| Isaac Wiles | 111 Congress Avenue, Suite 400 |
| Two Miranova Place, Suite 700 | Austin, Texas 78701 |
| Columbus, Ohio 43215-5098 | (512) 686-3940 (phone) |
| (614) 340-7416 (phone) | (512) 686-3941 (fax) |
| (614) 365-9516 (fax) | jonathan@mitchell.law |
| jpickens@isaacwiles.com |  |
|  | * admitted *pro hac vice* |
| Dated: September 1, 2022 | *Counsel for Defendants* |

## CERTIFICATE OF CONFERENCE

I have conferred with Jessie Hill, counsel for the plaintiffs, and she informed me that the plaintiffs are unopposed to this motion.

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2022, I served this document through CM/ECF upon:

B. Jessie Hill
Freda J. Levenson
Elena M. Thompson
Rebecca Kendis
ACLU of Ohio Foundation
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: (216) 368-0553 (Hill)
(614) 586-1972
Fax: (614) 586-1974
bjh11@case.edu
flevenson@acluohio.org
ethompson@acluohio.org
rebecca.kendis@case.edu

John Lewis
Kristen Miller
Sean Lev
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
jlewis@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

*Counsel for Plaintiffs*

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendants*