UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| National Association Of Social Workers, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Lebanon, Ohio, et al., <br><br> Defendants. | Case No. 1:22-cv-00258-SJD <br><br> Judge Susan Dlott |

### ORDER

The defendants' unopposed motion to extend the deadline for filing an answer or Rule 12(b) motion is GRANTED. The defendants shall file their answer or Rule 12(b) motion on or before October 6, 2022.

Dated: Sept 6, 2022

Susan Dlott
UNITED STATES DISTRICT JUDGE