IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF SOCIAL WORKERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF LEBANON, OHIO, et al., <br><br> *Defendants*. | Case No. 1:22-cv-00258-SJD <br><br> Judge Susan Dlott |

**NOTICE AND STIPULATION**

The parties hereby notify the Court that they have conferred regarding a timetable for further proceedings, and agree and stipulate to extend the deadlines imposed by the parties' prior Notice and Stipulation, ECF No. 29, as follows:

1. Defendants[1] agree not to knowingly initiate prosecution under or otherwise enforce the amended ordinance, or the current Lebanon Code of Ordinances Sections 509.09(B), with the exception of (B)(5); 509.09(D); and 509.10(C), with the exception of (C)(5), against Plaintiffs, their employees, members, or volunteers, nor knowingly initiate any prosecution against any person based on their providing donations to Plaintiffs or performing work for or with Plaintiffs, until and through November 21, 2022, subject to the proviso in paragraph 2.

2. Plaintiffs will have until and through October 25, 2022, to notify the Court and opposing counsel whether they intend to renew or update their Motion for a Preliminary

---

[1] As used in this Stipulation, "Defendants" includes both the named Defendants as well as their officers, agents, servants, employees, and attorneys, and all those acting in concert with them.

Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2. If Plaintiffs inform the Court and opposing counsel that they will not renew or update their Motion, or if Plaintiffs fail to provide the required notice within this window, then the new ordinance will become fully enforceable on its effective date, notwithstanding the nonenforcement period described in paragraph 1.

3. Defendants also agree not to knowingly initiate any future prosecution under or otherwise enforce the amended ordinance, or the current Lebanon Code of Ordinances Sections 509.09(B), with the exception of (B)(5); 509.09(D); and 509.10(C), with the exception of (C)(5), against Plaintiffs, their employees, members, or volunteers, nor knowingly initiate any prosecution against any person based on their providing donations to Plaintiffs or performing work for or with Plaintiffs, based on conduct that occurs during this period of non-enforcement.

4. If Plaintiffs renew or update their Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2, Defendants will file their response within two weeks, but Plaintiffs will not oppose any request for an extension if Defendants agree not to enforce the amended ordinance pending decision on that Motion.

5. The parties agree that this Stipulation does not entitle or allow the plaintiffs to claim "prevailing party" status under 42 U.S.C. § 1988, or constitute a basis for an award of attorneys' fees as a prevailing party with respect to Plaintiffs' Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2.

Respectfully submitted,

| | |
|---|---|
| /s/ B. Jessie Hill | /s/ Jonathan F. Mitchell (with consent) |
| B. Jessie Hill (0074770) | Jonathan F. Mitchell* |
| Freda J. Levenson (0045916) | Mitchell Law PLLC |
| Rebecca Kendis (0099129)* | 111 Congress Avenue, Suite 400 |
| ACLU of Ohio Foundation | Austin, Texas 78701 |
| 4506 Chester Ave. | (512) 686-3940 (phone) |

Cleveland, Ohio
Phone: (216) 368-0553 (Hill)
(614) 586-1972
Fax: (614) 586-1974
bjh11@case.edu
flevenson@acluohio.org
rebecca.kendis@case.edu

John Lewis (D.C. Bar No. 1033826)*
Kristen Miller (D.C. Bar No. 229627)*
Sean Lev (D.C. Bar No. 449936)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
jlewis@democracyforward.org
kmiller@democracyforward.org
slev@democracyforward.org

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*

(512) 686-3941 (fax)
jonathan@mitchell.law

Joseph C. Pickens
Isaac Wiles
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
(614) 340-7416
jpickens@isaacwiles.com

*Counsel for Defendants*

## CERTIFCATE OF SERVICE

  I, B. Jessie Hill, hereby certify that on this 11th day of October, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Ohio, Western Division via the ECF system, which will send notification of such filing to all counsel of record.

*/s/ B. Jessie Hill*
