IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF SOCIAL WORKERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF LEBANON, OHIO, et al., <br><br> *Defendants*. | Case No. 1:22-cv-00258-SJD <br><br> Judge Susan Dlott |

**NOTICE AND STIPULATION**

To give the parties additional time to negotiate a potential settlement, the parties hereby agree and stipulate to extend the deadlines imposed by the parties' prior Notice and Stipulation, ECF No. 38, as follows:

1. Defendants[1] agree not to knowingly initiate prosecution under or otherwise enforce the amended ordinance, or the current Lebanon Code of Ordinances Sections 509.09(B), with the exception of (B)(5); 509.09(D); and 509.10(C), with the exception of (C)(5), against Plaintiffs, their employees, members, or volunteers, nor knowingly initiate any prosecution against any person based on their providing donations to Plaintiffs or performing work for or with Plaintiffs, until and through January 4, 2023, subject to the proviso in paragraph 2.

2. Plaintiffs will have until and through January 4, 2023, to notify the Court and opposing counsel whether they intend to renew or update their Motion for a Preliminary

---

[1] As used in this Stipulation, "Defendants" includes both the named Defendants as well as their officers, agents, servants, employees, and attorneys, and all those acting in concert with them.

1

Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2. If Plaintiffs inform the Court and opposing counsel that they will not renew or update their Motion, or if Plaintiffs fail to provide the required notice within this window, then the new ordinance will become fully enforceable on its effective date, notwithstanding the nonenforcement period described in paragraph 1.

3. Defendants also agree not to knowingly initiate any future prosecution under or otherwise enforce the amended ordinance, or the current Lebanon Code of Ordinances Sections 509.09(B), with the exception of (B)(5); 509.09(D); and 509.10(C), with the exception of (C)(5), against Plaintiffs, their employees, members, or volunteers, nor knowingly initiate any prosecution against any person based on their providing donations to Plaintiffs or performing work for or with Plaintiffs, based on conduct that occurs during this period of non-enforcement.

4. If Plaintiffs renew or update their Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2, Defendants will file their response within two weeks, but Plaintiffs will not oppose any request for an extension if Defendants agree not to enforce the amended ordinance pending decision on that Motion.

5. Defendants will have until and through January 4, 2023, to file their answer or Rule 12(b) motions.

6. The parties agree that this Stipulation does not entitle or allow Plaintiffs to claim "prevailing party" status under 42 U.S.C. § 1988, or constitute a basis for an award of attorneys' fees as a prevailing party with respect to Plaintiffs' Motion for a Preliminary Injunction or, in the Alternative, Expedited Summary Judgment, ECF No. 2.

Respectfully submitted,

| | |
|---|---|
| */s/ B. Jessie Hill* | */s/ Jonathan F. Mitchell (with consent)* |
| B. Jessie Hill (0074770) | Jonathan F. Mitchell* |

Freda J. Levenson (0045916)  
Rebecca Kendis (0099129)*  
ACLU of Ohio Foundation  
1108 City Park Avenue, Ste. 203  
Columbus, OH 43206  
Phone: (216) 368-0553 (Hill)  
(614) 586-1972  
Fax: (614) 586-1974  
bjh11@case.edu  
flevenson@acluohio.org  
rebecca.kendis@case.edu  

John Lewis (D.C. Bar No. 1033826)*  
Kristen Miller (D.C. Bar No. 229627)*  
Sean Lev (D.C. Bar No. 449936)*  
Democracy Forward Foundation  
P.O. Box 34553  
Washington, DC 20043  
(202) 601-2483  
jlewis@democracyforward.org  
kmiller@democracyforward.org  
slev@democracyforward.org  

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

Joseph C. Pickens  
Isaac Wiles  
Two Miranova Place, Suite 700  
Columbus, Ohio 43215-5098  
(614) 340-7416  
jpickens@isaacwiles.com  

*Counsel for Defendants*